# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

**Jorge Rojas, on behalf of himself and others similarly situated**

*Plaintiff*

v.

**Signature Property Solutions, Inc.**

*Defendant*

Civil Action No. 1:26-cv-10168

## AFFIDAVIT OF SERVICE

I, Gabriel Ayala, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Signature Property Solutions, Inc. in Cook County, IL on September 16, 2026 at 1:59 pm at WROBEL & ASSOCIATES, LTD, 7007 W 79th St, Bridgeview, IL 60455-4019 by leaving the following documents with Dark Winski who as Property Manager is authorized by appointment or by law to receive service of process for Signature Property Solutions, Inc..

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
CLASS ACTION COMPLAINT

Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.7479787,-87.7951173
Photograph: See Exhibit 1

Total Cost: $198.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters

therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Gabriel Ayala

Signature
Gabriel Ayala
+1 (219) 781-1707
Proof Illinois LLC
No. 117.001863

Executed in
Cook County,
IL on 9/18/2026.


Exhibit 1a)
WROBEL
and Associates, Ltd
(708)658-6357
TAXES AND CONSULTING - PODATKI
wrobelassociates@yahoo.com
7007
WROBEL
and
Associates, LTD
WROBEL
and
Associates, LTD
(708) 658-6357
* Income Tax
* Financial Consulting
* Payroll Preparation
* IRS Representation
WROBEL
and
Associates, LTD
(708) 658-6357
* Podatki
* Doradztwo
Finansowe
7007
WROBEL