UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Jorge Rojas, on behalf of himself and others similarly situated, *Plaintiffs*<br>V<br>Signature Property Solutions, Inc. *Defendant.* | Civil Action No. 26-cv-10168 |

AFFIRMATIVE DEFENSES

Now comes Defendant, SIGNATURE PROPERTY SOLUTIONS, INC., and by way of Affirmative Defenses states as follows:

1. Plaintiff on July 29, 2026,spoke with "Leo" of RDI the Roofing Network, Inc., (hereinafter "RDI") scheduled an appointment for July 30, 2026, at 5:00 pm for RDI to meet with Plaintiff, RDI then contacted Defendant as a subcontractor to follow up on the appointment.

2. At or about 4:12 pm Defendant called Plaintiff to confirm the appointment made by RDI..

3. Leo of RDI and RDI are not affiliated or controlled by Defendant other than Defendant paying RDI for leads that RDI sells to roofing companies.

4. RDI is an independent company which Defendant did not and does not authorize to make sales calls on its behalf.

5. RDI makes appointments for and sells leads to companies other than Defendant for roofing services.

6. Plaintiff, Jorge Rojas, consented through "Leo" of RDI to be contacted by Defendant regarding services to be provided by Defendant.

7. A true and correct copy of the email from Rich Fitzgerald of RDI to Defendant confirming that Plaintiff Jorge Rojas had authorized an appointment on July 20, 2026, at 5:00 pm, and receiving telephone

calls from Defendant to confirm appointment is attached as Exhibit "A" and made part of these Affirmative Defenses.

Wherefore, pursuant to the Affirmative Defenses recited above, Defendant, Signature Property Solutions, Inc., prays judgement in its favor and against Plaintiff.

Respectfully Submitted,

s/James O Stola
James O Stola

**IL ATTORNEY NO. 2742160**
**LAW OFFICE OF JAMES O. STOLA PLLC**
**3738 WEST IRVING PARK ROAD**
**CHICAGO, IL 60618**
**(312)687-8004**
**FAX: (773)681-7087**
**E-MAIL: JAMES@STOLALAW.COM**