---------- Forwarded message ---------
From: **The Roofing Network** <leads@theroofingnetwork.com>
Date: Wed, Jul 29, 2026 at 7:29 PM
Subject: New Lead Appointment: Jorge Rojas - 2026-07-30
To: <info@signaturepsinc.com>

Hi,

📅 Appt Date: **2026-07-30**
🕔 Appt Time: **5:00 PM**

👥 Leads Name: **Jorge Rojas**
📞 Contact Number: **4242191582**

🏡 Location: **557 Cambridge Way, Bolingbrook, IL 60440**

📝 Notes: **RDI SET FOR 07/30/2026 @ 05:00PM Call before arriving Jorge Rojas 4242191582 557 Cambridge Way Bolingbrook, IL, 60440 Shingle NOTES: Yousuf called 4242191582 on 07/29/2026 and Jorge picked the phone. Then i explained that we are doing RDIs on residential properties in the area and he agreed for the RDI on Thursday 07/30/2026 @05:00PM .He mentioned that the roof is Shingle and not sure about the roof age.He verified that he has no claim or any contract and he does have active insurance. He also mentiond few shingles are damaged after storm. Verified the name, address and its the best phone number to reach her. Call before arriving. https://www.zillow.com/homedetails/557-Cambridge-Way-Bolingbrook-IL-60440/4556923_zpid/**

🚨 For any questions or emergencies related to leads call and text Rich Fitzgerald at 602-586-9354.

Best Regards,
Richie Rich Leads / The Roofing Network