**UNITED STATES DISTRICT COURT**
**for the**
**NORTHERN DISTRICT OF ILLINOIS**

Jorge Rojas, on behalf of himself
and others similarly situated,
*Plaintiffs*
V
Signature Property Solutions, Inc.
*Defendant.*

Civil Action No. 26-cv-10168

**NOTICE OF FILING OF ANSWER AND AFFIRMATIVE DEFENSES**

To:
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

PLEASE TAKE NOTICE that on October 16,, 2925 I emailed to the above listed attorney of record the following in the above referenced matter:

ANSWER TO COMPLAINT and AFFIRMATIVE DEFENSES

Dated at Chicago, Illinois this 16H day of October, 2026.

s/ Jmaes O. Stola
JAMES O. STOLA

**IL ATTORNEY NO. 2742160**
**LAW OFFICE OF JAMES O. STOLA**
**3738 WEST IRVING PARK ROAD**
**CHICAGO, IL 60618**
**(312)687-8004**
**FAX: (773)681-7087**
**E-MAIL: JAMES@STOLALAW.COM**