**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| Rojas, *Plaintiff(s)*<br>v.<br>Signature Property Solutions, Inc., *Defendant(s)* | Case No: 26-cv-10168<br>Judge Manish S. Shah |

**DEFENDANT'S AGREED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AND FOR WITHDRAWAL OF JAMES O. STOLA**

Defendant Signature Property Solutions, Inc. ("Signature"), through its proposed substitute counsel, Scott Kane Stukel, respectfully moves pursuant to Local Rule 83.17 for leave to substitute Scott Kane Stukel of Cameron & Kane LLC as counsel in place of Mr. Stola, and for Mr. Stola to withdraw effective upon Mr. Stukel's appearance. In support, Defendant states:

1. James O. Stola is presently counsel of record for Signature in this action.
2. Signature has retained Scott Kane Stukel of Cameron & Kane LLC, a member of this Court's general bar, to assume its defense. His proposed appearance is attached as Exhibit A.
3. Mr. Stola expressly consents to Mr. Stukel's substitution and his own withdrawal. Mr. Stukel accepts responsibility for Signature's representation.
4. Local Rule 83.17 requires leave of court because the two attorneys practice at different firms.
5. Plaintiff's counsel has been informed of the planned substitution and Plaintiff does NOT oppose this motion.
6. The proposed substitution will not affect case-management deadlines or prejudice any party. To prevent any gap in representation, Mr. Stola's withdrawal should become effective upon Mr. Stukel's filing of his appearance after the Court grants leave.

WHEREFORE, Defendant respectfully requests an order (1) granting Scott Kane Stukel of Cameron & Kane LLC leave to file his attorney appearance as substitute counsel for Defendant; (2) permitting James O. Stola to withdraw as counsel of record effective upon filing of Mr. Stukel's appearance; and (3) granting such other relief as the Court deems appropriate.

Counsel for Defendant

Cameron & Kane, LLC

By: */s/ Scott Kane Stukel*
Scott Kane Stukel
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com