**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| Rojas, *Plaintiff(s)*<br>v.<br>Signature Property Solutions, Inc.,<br>*Defendant(s)* | Case No: 26-cv-10168<br>Judge Manish S. Shah |
|---|---|

**Notice of Motion**

TO: Anthony I. Paronich, Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043 (anthony@paronichlaw.com).

PLEASE TAKE NOTICE that on Thursday, October 29, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Defendant will present its Agreed Motion for Leave to Substitute Counsel and for Withdrawal of James O. Stola before the Honorable Manish S. Shah in Courtroom 1919, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or in such other manner as the Court directs.

The motion is being filed contemporaneously with this notice.

Counsel for Defendant

Cameron & Kane, LLC

By: */s/ Scott Kane Stukel*
Scott Kane Stukel
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com