**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jorge Rojas

Plaintiff,

v.

Case No.: 1:26−cv−10168
Honorable Manish S. Shah

Signature Property Solutions, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion to substitute attorney [11] is granted, and no appearance is necessary. Scott Kane Stukel of Cameron & Kane LLC is substituted as counsel of record in place of Mr. Stola. Mr. Stola is withdrawn as counsel. The parties shall exchange initial disclosures by 11/16/26. Any requests to amend the pleadings must be made by 1/15/27. All fact discovery must be noticed in time to be completed by 6/21/27. The court will set expert discovery and dispositive motion deadlines when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. Fact discovery is not bifurcated between individual and class certification issues, but the parties should prioritize the facts of plaintiff's individual claim (e.g., consent and defendant's calling technology and vendors used). The parties shall file a joint status report on discovery progress by 1/20/27. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.