**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| Rojas, *Plaintiff*<br>v.<br>Signature Property Solutions, Inc.,<br>*Defendant* | Case No: 26-cv-10168<br>Judge Manish S. Shah |

## DEFENDANT SIGNATURE PROPERTY SOLUTIONS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendant SIGNATURE PROPERTY SOLUTIONS, INC. ("Signature"), by its undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 14(a)(1) for leave to file a Third-Party Complaint against RDI/The Roofing Network ("RDI"), attached hereto as Exhibit A, and states as follows:

1. Plaintiff commenced this action alleging violations of the Telephone Consumer Protection Act arising from certain telephone communications concerning roofing-inspection services.

2. Signature appeared and answered the Complaint on October 16, 2026, and subsequently filed its First Amended Answer and Affirmative Defenses on November 6, 2026 (ECF No. 15), denying liability.

3. Signature now seeks leave to assert a third-party claim against RDI, a lead-generation business involved in the underlying events alleged in Plaintiff's Complaint.

4. As set forth in the proposed Third-Party Complaint, RDI is or may be liable to Signature for all or part of Plaintiff's claims against Signature, should liability be established. Signature does not concede liability to Plaintiff.

5. Because more than fourteen days have elapsed since service of Signature's original Answer, Signature seeks leave of Court pursuant to Rule 14(a)(1).

6. The proposed third-party claim arises from the same underlying transactions and occurrences already at issue in this litigation. Allowing the claim to proceed in this action will promote judicial economy, avoid potentially duplicative proceedings, and facilitate a comprehensive resolution.

7. This request is made promptly and at an early stage of the litigation, before the close of discovery and before any trial date has been set. Allowing impleader will not materially prejudice Plaintiff or unduly delay the proceedings.

8. On October 29, 2026, Plaintiff's counsel advised that Plaintiff would not oppose a prompt request for impleader made within fourteen days. This motion is filed within that period, and Plaintiff's counsel has confirmed that Plaintiff does not oppose the requested relief.

9. A complete copy of the proposed Third-Party Complaint is attached as Exhibit A.

WHEREFORE, Defendant SIGNATURE PROPERTY SOLUTIONS, INC. respectfully requests that this Court enter an order granting it leave to file the Third-Party Complaint attached as Exhibit A and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Attorney for Defendant/Third-Party Plaintiff
Signature Property Solutions, Inc.

By its attorney:
*/s/ Scott Kane Stukel*
Scott Kane Stukel
Cameron & Kane LLC
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically serve notice of the filing upon all counsel of record registered to receive electronic notifications in this matter.

Respectfully submitted,

*/s/ Scott Kane Stukel*

Scott Kane Stukel
Cameron & Kane LLC
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com