**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| Rojas, *Plaintiff*<br>v.<br>Signature Property Solutions, Inc.,<br>*Defendant* | Case No: 26-cv-10168<br>Judge Manish S. Shah |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, November 19, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, before the Honorable Manish S. Shah, United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1919, Defendant Signature Property Solutions, Inc. will present its Unopposed Motion for Leave to File Third-Party Complaint, a copy of which has been filed electronically and served upon counsel of record.

Respectfully Submitted,

Attorney for Defendant/Third-Party Plaintiff
Signature Property Solutions, Inc.

By its attorney:
*/s/ Scott Kane Stukel*
Scott Kane Stukel
Cameron & Kane LLC
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically serve notice of the filing upon all counsel of record registered to receive electronic notifications in this matter.

Respectfully submitted,

*/s/ Scott Kane Stukel*

Scott Kane Stukel
Cameron & Kane LLC
2129 N Western Ave., Chicago IL 60647
Phone: (872) 588-0727
Fax: (312) 268-7478
Email: scott@cameronandkane.com