**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jorge Rojas

Plaintiff,

v.

Case No.: 1:26−cv−10168
Honorable Manish S. Shah

Signature Property Solutions, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file a third−party complaint [16] is granted, and no appearance. Defendant has leave to file the third−party complaint as a separate entry on the docket. Summons shall issue and defendant must promptly serve the third−party defendant. Fact discovery closes 6/21/27, and the parties' status report remains due 1/20/27. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.